# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TEXAS DATA CO., L.L.C.,** | |
| **Plaintiff,** | |
| v. | **Case No. 2:11-cv-80** |
| **COLEMAN COMPANY, INC.** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## ORDER

On this day came on to be considered Plaintiff Texas Data Co., LLC's Notice of Voluntary Dismissal, and the Court being of the opinion that the same should be ENTERED, it is therefore, ORDERED, ADJUDGED and DECREED that the Notice of Voluntary Dismissal be entered and this cause is hereby dismissed, with prejudice. Each party will bear its own costs and attorney's fees.

**SIGNED this 7th day of June, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE